AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA V. KENNETH G. AKPIEYI | WITNESS & EXHIBIT LIST Case Number: 23-190 H (5) |
|---|---|

| PRESIDING JUDGE JANE TRICHE MILAZZO | GOVERNMENT'S ATTORNEYS Matthew R. Payne, Lauren S. Sarver | DEFENDANT'S ATTORNEYS Anthony J. Angleltte, Jr. |
|---|---|---|
| TRIAL DATE (S) 7/21/2025-7/25/2025 | COURT REPORTER Cathy Pepper | COURTROOM DEPUTY Gail Anderson/Cherie Charles |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1-02 | | 7/21/2025 | | Y | Screen Shot Instagram Chat with William Casey |
| 2B | | 7/21/2025 | | Y | In Globo - Cellebrite Extraction Report |
| 2-01 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-33 | | 7/21/2025 | | Y | Greeting Card |
| 2-27 | | 7/21/2025 | | Y | Greeting Card |
| 2-34 | | 7/21/2025 | | Y | Photo |
| 2-2 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-3 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-4 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-5 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 1-17 | | 7/21/2025 | | Y | Email Phillip Anderson Kings Foster Homes |
| 1-18 | | 7/21/2025 | | Y | Email Phillip Anderson Kings Foster Homes |
| 1-19 | | 7/21/2025 | | Y | Email Phillip Anderson Kings Foster Homes |
| 2-6 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-30 | | 7/21/2025 | | Y | Cashier's Check to Phillip Anderson |
| 1-28 | | 7/21/2025 | | Y | Email "passportvisafraud@state.gov", re: General William Casey, Jr. |
| 2-31 | | 7/21/2025 | | Y | Passport George William Casey |
| 1-27 | | 7/21/2025 | | Y | Email Phillip Anderson Kings Foster Homes |
| 2-7 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-37 | | 7/21/2025 | | Y | Cashier's Check to Phillip Anderson |
| 2-35 | | 7/21/2025 | | Y | USPS Receipt |
| 14-1 | | 7/21/2025 | | Y | Certification of Records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV.. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 2-8 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-9 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-10 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-11 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 19-4 | | 7/21/2025 | | Y | VF Bank Statements |
| 2-44 | | 7/21/2025 | | Y | FedEx Mailing Label to Phillip Anderson |
| 2-45 | | 7/21/2025 | | Y | FedEx Receipt |
| 1-23 | | 7/21/2025 | | Y | Email Kings Foster Homes |
| 1-24 | | 7/21/2025 | | Y | FedEx Receipt |
| 1-20 | | 7/21/2025 | | Y | Email Phillip Anderson Kings Foster Homes |
| 1-21 | | 7/21/2025 | | Y | Email Phillip Anderson Kings Foster Homes |
| 2-12 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-46 | | 7/21/2025 | | Y | FedEx Receipt |
| 2-13 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-14 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-16 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-18 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 2-48 | | 7/21/2025 | | Y | USPS Receipt |
| 1-25 | | 7/21/2025 | | Y | Email Phillip Anderson Kings Foster Homes |
| 1-15 | | 7/21/2025 | | Y | Flight Itinerary of William George Casey |
| 1-22 | | 7/21/2025 | | Y | Email Phillip Anderson Kings Foster Homes |
| 2-22 | | 7/21/2025 | | Y | Screen Shot WhatsApp Chat with William Casey |
| 1-1 | | 7/21/2025 | | Y | Receipts |
| 14-6 | | 7/21/2025 | | Y | Payments to Phillip Anderson |
| 3-15 | | 7/22/2025 | | Y | Photo of Passport of John Donald Smith |
| 3-16 | | 7/22/2025 | | Y | Photo of Driver's License of Donald John |
| 3-18 | | 7/22/2025 | | Y | Screen Shot of Photo |
| 3-19 | | 7/22/2025 | | Y | Video File |
| 21-4 | | 7/22/2025 | | Y | Cashier's Check to Emmanuella E. Hall |
| 3-3 | | 7/22/2025 | | Y | FedEx Receipt Emmanuella E. Hall |

| GOV.. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 21-7 | | 7/22/2025 | | Y | WY Bank Statement |
| 3-11 | | 7/22/2025 | | Y | FedEx Receipt Traci Portillo |
| 21-14 | | 7/22/2025 | | Y | Cashier's Check to Emmanuella E. Hall, re: WY |
| 3-5 | | 7/22/2025 | | Y | FedEx Receipt Emmanuella E. Hall |
| 3-6 | | 7/22/2025 | | Y | FedEx Receipt Traci Portillo |
| 21-5 | | 7/22/2025 | | Y | Cashier's Check to Emmanuella E. Hall |
| 3-9 | | 7/22/2025 | | Y | FedEx Receipt Emmanuella E. Hall |
| 21-15 | | 7/22/2025 | | Y | Cashier's Check to KGA |
| 3-13 | | 7/22/2025 | | Y | The Shipping Store Receipt Phillip Anderson |
| 21-8 | | 7/22/2025 | | Y | WY Bank Statement |
| 3-10 | | 7/22/2025 | | Y | FedEx Receipt Traci Portillo |
| 21-2 | | 7/22/2025 | | Y | Cashier's Check WY to Phillip Anderson |
| 3-20 | | 7/22/2025 | | Y | Notarized Letter |
| 3-21 | | 7/22/2025 | | Y | Screen Shot Watsapp John Donald Smith |
| 4-1 | | 7/22/2025 | | Y | Video File |
| 5-2 | | 7/22/2025 | | Y | Cashier's Check to Phillip Anderson |
| 5-7 | | 7/22/2025 | | Y | Driver's License Phillip Anderson |
| 4-2 | | 7/22/2025 | | Y | Digital Video Snapshot |
| 5-4 | | 7/22/2025 | | Y | Bodycam Footage |
| 6-20 | | 7/22/2025 | | Y | Deposit Slip Le Beaud Monde |
| 6-1 | | 7/22/2025 | | Y | Records Certification - JPMorgan Chase |
| 6-21 | | 7/22/2025 | | Y | Deposit Slip June Lorio |
| 6-23 | | 7/22/2025 | | Y | Deposit Slip Le Beaud Monde |
| 32-1 | | 7/22/2025 | | Y | Text messages James Williams |
| 20-6 | | 7/22/2025 | | Y | LM Account Records |
| 20-7 | | 7/22/2025 | | Y | LM Cashier's Check to KGA |
| 14-16 | | 7/22/2025 | | Y | DC Acct Statement |
| 14-15 | | 7/22/2025 | | Y | DC Withdrawal |
| 14-14 | | 7/22/2025 | | Y | DC Cashier's Check |
| 6-16 | | 7/22/2025 | | Y | Cashier's Check to Le Beau Monde from Diane M. Competillo |
| 6-15 | | 7/22/2025 | | Y | Bank Statement Le Beau Monde |
| 18-10 | | 7/22/2025 | | Y | Corp Formation Le Beau Monde by Hall, Keniye & Akpeyi |

3

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 10-2 | | 7/22/2025 | | Y | Handwritten Note, re: mailing address and amount of cashier's check |
| 10-5 | | 7/22/2025 | | Y | Cashier's Check to Gregg Anderson KGA Autobrokers, LLC |
| 10-1 | | 7/22/2025 | | Y | FedEx Label Phillip Anderson c/o KGA Autobrokers, LLC |
| 24-3 | | 7/22/2025 | | Y | Cashier's Check to KGA |
| 10-3 | | 7/22/2025 | | Y | FedEx Receipt to KGA Auto Brokers |
| 10-7 | | 7/22/2025 | | Y | Cashier's Check to Le Beau Monde from Patricia Gustin |
| 10-4 | | 7/22/2025 | | Y | FedEx Receipt to Phillip Anderson |
| 14-13 | | 7/22/2025 | | Y | MK Withdrawal Slip |
| 29-1 | | 7/22/2025 | | Y | FexEx receipt M.K |
| 22-5 | | 7/22/2025 | | Y | Cashier's Check Marlene Knutson to KGA |
| 30-2 | | 7/23/2025 | | Y | Email directing Cashier's Check to KGA & Mailing to Phillip Anderson |
| 27-70 | | 7/23/2025 | | Y | BM Checks to KGA Autobrokerage |
| 17-1 | | 7/23/2025 | | Y | Certification of records |
| 17-2 | | 7/23/2025 | | Y | Deposit Slips and Cashier's Checks KGA Autobrokers LLC |
| 22-1 | | 7/23/2025 | | Y | Certification of records |
| 22-9 | | 7/23/2025 | | Y | Cashier's Check to KGA |
| 31-1 | | 7/23/2025 | | Y | Mark Morrison documents |
| 8A | | 7/23/2025 | | Y | Cell phone |
| 8 | | 7/23/2025 | | Y | Flash drive |
| 18-11 | | 7/23/2025 | | Y | Certificate of Search King's Foster Homes |
| 18-12 | | 7/23/2025 | | Y | Certificate of Search King's Foster Homes |
| 28-1 | | 7/23/2025 | | Y | Prominence Apartments - Records Certification |
| 28-2 | | 7/23/2025 | | Y | Prominence Apartments - lease and records |
| 7-1 - 7-14 | | 7/23/2025 | | Y | Search Warrant Photographs |
| 7-15 – 7-18 | | 7/23/2025 | | Y | Tax Return Kenneth Akpieyi & Termeka Towns |
| 7-19 | | 7/23/2025 | | Y | Notification from BOA account closure |
| 7-20 | | 7/23/2025 | | Y | Notification from Chase account closure |
| 7-21 | | 7/23/2025 | | Y | Physical copy of check and notarized letter |
| 8-1 – 8-24 | | 7/23/2025 | | Y | Screen Shot - Regions Bank, re: KGA Autobrokers LLC, Phillip Anderson, Photos |
| 6-1 | | 7/23/2025 | | Y | Records Certification - JPMorgan Chase |
| 6-2 -6-31 | | 7/23/2025 | | Y | JP Morgan Chase documents |
| 13-1 | | 7/23/2025 | | Y | Certification of records |

4

| GOV.. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 13-2 | | 7/23/2025 | | Y | Credit Card Statement Kenneth G. Akpieyi |
| 13-3 | | 7/23/2025 | | Y | Credit Card Statement Kenneth G. Akpieyi |
| 13-4 | | 7/23/2025 | | Y | Credit Card Statement Kenneth G. Akpieyi |
| 13-5 | | 7/23/2025 | | Y | Application Information Form (Akpieyi) |
| 14-1 | | 7/23/2025 | | Y | Certification of records |
| 14-2 – 14-6 | | 7/23/2025 | | Y | Bank of America records |
| 14-8 – 14-10 | | 7/23/2025 | | Y | Bank of America records |
| 14-12 – 14-17 | | 7/23/2025 | | Y | Bank of America records |
| 15-1 | | 7/23/2025 | | Y | Certification of records |
| 15-2 - 15-8 | | 7/23/2025 | | Y | Capital One Bank records |
| 16-1 | | 7/23/2025 | | Y | Certification of records |
| 16-2 - 16-24 | | 7/23/2025 | | Y | Coinbase records |
| 17-1 | | 7/23/2025 | | Y | Certification of records |
| 17-2 – 17-22 | | 7/23/2025 | | Y | First Citizens Bank records |
| 18-1 | | 7/23/2025 | | Y | Corp Formation Autobrokers LLC by Kenneth Gbubemi Akpieyi |
| 18-2 | | 7/23/2025 | | Y | Spreadsheet Business Name Receipts |
| 18-3 | | 7/23/2025 | | Y | Corp Formation Denver Links Express L.L.C. by Lanre Ekundebe |
| 18-4 | | 7/23/2025 | | Y | List Corp Filings Denver Links Express L.L.C. |
| 18-5 | | 7/23/2025 | | Y | Corp Designation Correction Denver Links Express L.L.C. |
| 18-6 | | 7/23/2025 | | Y | Corp Formation Application Denver Links Express L.L.C. by J. Georgia |
| 18-7 | | 7/23/2025 | | Y | List Corporation Filings KGA Autobrokers LLC |
| 18-8 | | 7/23/2025 | | Y | Corp Documents Business Type Correction KGA Autobrokers LLC |
| 18-9 | | 7/23/2025 | | Y | Corp Annual Registration KGA LLC by Kenneth Gbubemi Akpieyi, Ing [sic] |
| 18-10 | | 7/23/2025 | | Y | Corp Formation Le Beau Monde by Hall, Keniye & Akpeyi |
| 19-1 | | 7/23/2025 | | Y | Certification of records |
| 19-2 | | 7/23/2025 | | Y | VF Account History |
| 19-3 | | 7/23/2025 | | Y | VF Account History |
| 19-5 | | 7/23/2025 | | Y | VF Bank Statement |
| 20-1 | | 7/23/2025 | | Y | Certification of records |
| 20-2 – 20-7 | | 7/23/2025 | | Y | Mountain American Credit Union records |
| 21-1 | | 7/23/2025 | | Y | Certification of records |

| GOV.. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 21-1 – 21-17 | | 7/23/2025 | | Y | Redstone Federal Credit Union records |
| 22-1 | | 7/23/2025 | | Y | Certification of records |
| 22-1 – 22-47 | | 7/23/2025 | | Y | Regions Bank records |
| 23-1 | | 7/23/2025 | | Y | Certification of records |
| 23-1 – 23-10 | | 7/23/2025 | | Y | Synovus Bank records |
| 24-1 | | 7/23/2025 | | Y | Certification of Records |
| 24-2 – 24-30 | | 7/23/2025 | | Y | Truist Bank records |
| 25-1 | | 7/23/2025 | | Y | United Community Bank Records Certification |
| 25-2 | | 7/23/2025 | | Y | United Community Bank copies of checks |
| 25-3 | | 7/23/2025 | | Y | United Community Bank Account agreement Denver Links Express LLC |
| 25-4 | | 7/23/2025 | | Y | United Community Bank Denver Links Express LLC statements |
| 25-5 | | 7/23/2025 | | Y | United Community Bank Denver Links Express LLC internal documents |
| 26-1 | | 7/23/2025 | | Y | US Bank Records Certifications and correspondence Subpoena 20 |
| 26-2 | | 7/23/2025 | | Y | US Bank Records Certifications and correspondence Subpoena 29 |
| 26-3 | | 7/23/2025 | | Y | US Bank statements Account 7011 |
| 26-4 | | 7/23/2025 | | Y | US Bank cashier's check 8379 KGA Autobrokers and withdrawal slips |
| 26-5 | | 7/23/2025 | | Y | US Bank cashier's check 6002 Gregg Anderson withdrawal and deposit slips |
| 26-6 | | 7/23/2025 | | Y | US Bank cashier's check 6043 to KGA Autobrokers LLC |
| 27-1 | | 7/23/2025 | | Y | Wells Fargo - Records Certification |
| 27-2 – 27-84 | | 7/23/2025 | | Y | Wells Fargo Bank records |
| 33-1 – 33-22 | | 7/23/2025 | | Y | Financial Analytics |
| | | | | | |
| | | | | | Government's Proffered *in globo* exhibits |
| | | | | | Financial records in their entirety |
| | | | | | Contents of cell phone |