# Known Victim Loss Calculation

| Victim Initials | Victim Interview | Victim Testimony at Trial | Victim Impact Statement/ Declaration of Victim Losses | **Total A** Overall Loss Low Estimate | **Total B** Overall Loss High Estimate | **Total C** FBI Traced Known Victim Funds to Accounts held by Akpieyi, KGA, Phillip Anderson, Hall, Keniye, Le Beau Monde, and mailed cash |
|---|---|---|---|---|---|---|
| NN | approx. $400k | | | $400,000.00 | $400,000.00 | $310,500.00 |
| VF | Est $100k-$200K | No overall amount provided | | $100,000.00 | $200,000.00 | $50,000.00 |
| PG | $400-500k, closer to $500k | "It's $750,000 total." | $564,798 | $400,000.00 | $750,000.00 | $149,000.00 |
| NB | $1,847,811 | | | $1,847,811.00 | $1,847,811.00 | $70,000.00 |
| BH | About $12K | | $12,000 | $12,000.00 | $12,000.00 | $2,400.00 |
| BM | $1,590,000 | No overall amount provided | | $1,590,000.00 | $1,590,000.00 | $300,000.00 |
| LM | about $1 million | "About a million dollars" | $1,000,000 | $1,000,000.00 | $1,000,000.00 | $216,844.00 |
| MK | upwards of $60K | | | $60,000.00 | $60,000.00 | $9,450.00 |
| CW | at least $100K | | | $100,000.00 | $100,000.00 | $64,000.00 |
| WY | more than $400K | No overall amount provided | | $400,000.00 | $400,000.00 | $250,242.00 |
| EO | No overall amount provided | "close to . . . $165,000" | | $165,000.00 | $165,000.00 | $54,500.00 |
| KH | No overall amount provided | | | $27,000.00 | $27,000.00 | $27,000.00 |
| JC | $715,969 | | $25,000 - maybe more depending on names | $715,969.00 | $715,969.00 | $25,000.00 |
| LY | No overall amount provided | | | $10,000.00 | $10,000.00 | $10,000.00 |
| DM | No overall amount provided | | | $13,250.00 | $13,250.00 | $13,250.00 |
| ER | $255,000 | | | $255,000.00 | $255,000.00 | $5,000.00 |
| PW | over $100K | | $250,000 | $100,000.00 | $250,000.00 | $25,750.00 |
| MK | $800k-900k | $700k in wires and cashiers check, additional $12k gift cards, iPhone, iPad | $800k, $870k | $712,000.00 | $900,000.00 | $42,000.00 |
| CC | No overall amount provided | | | $10,500.00 | $10,500.00 | $10,500.00 |
| DL | approx. $210K | | $90,000 - most by cash, was $30,000 check | $120,000.00 | $210,000.00 | $0.00 |
| CS | about $20K | | $6,000 | $15,975.50 | $20,000.00 | $15,975.50 |
| JS | at least $110K | | $135K or more | $110,000.00 | $135,000.00 | $33,000.00 |
| JS | approx $160K | | $15,000 | $160,000.00 | $160,000.00 | $10,000.00 |
| DC | Approx. $700-$800k | "Approximately 500,000. I kind of lost track." | | $500,000.00 | $800,000.00 | $150,000.00 |
| EG | No overall amount provided | | | $12,600.00 | $12,600.00 | $12,600.00 |
| CG | Approx. $200K | | | $200,000.00 | $200,000.00 | $29,000.00 |
| DP | about $50K | | | $50,000.00 | $50,000.00 | $40,000.00 |
| DS | No overall amount provided | | | $15,000.00 | $15,000.00 | $15,000.00 |
| TM | Around $400k in Bitcoin | | $500,000, also sent $40k or more in gift cards | $400,000.00 | $540,000.00 | $207,795.00 |
| PT | No overall amount provided | | $25,230.00 | $25,230.00 | $25,230.00 | $25,230.00 |
| DH | at least $17K & $20K | | | $37,000.00 | $37,000.00 | $2,500.00 |
| JL | Approx $81K | "About $50,000" | | $50,000.00 | $81,000.00 | $14,500.00 |
| | | | | **$9,614,335.50** | **$10,992,360.00** | **$2,191,036.50** |

GOVERNMENT EXHIBIT

A